IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: LOWER BUCKS HOSPITAL, : <br>     Debtor : <br> _____ : <br> : <br> THE BANK OF NEW YORK, MELLON : <br> TRUST COMPANY, NA as Indenture : <br> Trustee, : <br>     Appellant : <br>     v. : <br> : <br> LEONARD BECKER, : <br>     Appellee : | CIVIL ACTION <br> NO. 12-3399 <br><br> CIVIL ACTION <br> NO. 12-3752 |

## ORDER

**AND NOW**, this 2nd day of January, 2013, upon consideration of the briefs of the parties, and after review of the record and oral argument, it is **ORDERED** that the Orders of the Bankruptcy Court dated May 10, 2012, and May 24, 2012, are **AFFIRMED**.

                                            /s/ Timothy J. Savage
                                            TIMOTHY J. SAVAGE,  J.