IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: LOWER BUCKS HOSPITAL,<br>    Debtor | : <br> : <br> : <br> : | CIVIL ACTION <br> NO. 12-3399 |
| THE BANK OF NEW YORK, MELLON TRUST COMPANY, NA as Indenture Trustee,<br>    Appellant<br>  v.<br>LEONARD BECKER,<br>    Appellee | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br> NO. 12-3752 |

## ORDER

**AND NOW**, this 2nd day of January, 2013, upon consideration of the briefs of the parties, and after review of the record and oral argument, it is **ORDERED** that the Orders of the Bankruptcy Court dated May 10, 2012, and May 24, 2012, are **AFFIRMED**.

                                                /s/ Timothy J. Savage
                                                TIMOTHY J. SAVAGE, J.